**IN THE UNITED STATES DISTRICT COURT
FOR COLORADO**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP 20 2022**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

 TASH JERNAZIAN _____,

Plaintiff,

v.

 STARBUCKS _____,

Defendants.

**PARTIES**

TASH JERNAZIAN
3610 NE 1ST AVENUE, UNIT #C
MIAMI, FL 33137-3602

STARBUCKS
2400 BASELINE ROAD
BOULDER, CO 80305

**COMPLAINT**

**CLAIM ONE**

Plaintiff claims, STARBUCKS, caused them domestic violence. Plaintiff claims the defendant party acted in carelessness and negligence by pushing a government agenda of harassment and bullying. Plaintiff claims this location was one of three Boulder locations that mask harassed them, denied them service, and forced them to sit outside in 45 degree Fahrenheit weather at the end of September 2021. This caused them to flee the state on life endangerment grounds, and relating to domestic violence. Plaintiff seeks punitive damages for domestic violence they incurred as a result.

## C.   ADDITIONAL CLAIMS

Additional parties and additional claims may be added to this lawsuit as addendum.

## D.   REQUEST FOR RELIEF

Plaintiff requests a trial by jury. Plaintiff reserves right to bench trial to judge. Plaintiff is requesting a $105,000 US dollars per claim alleged as punitive damages.

## E.   PLAINTIFF'S SIGNATURE

_____

(Plaintiff signature)

_____August 19, 2022_____

(Date)

Case No. 1:22-cv-02436-LTB   Document 1   filed 09/20/22   USDC Colorado   pg 3 of 3

